IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  12-po-00002-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TERRILL M. PARKER,
and
TIMOTHY E. WALSH,

      Defendants.

---

## ORDER RE: NOTICE OF DISPOSITION AND
## REQUEST TO SET FOR ENTRY OF PLEA

---

On motion of the Government and for good cause shown the trial set for June 13, 2012 at 9:00 a.m. is **VACATED**.

This matter is set for Entry of Plea on **Tuesday, June 12, 2012 at 10:30 a.m.** in Grand Junction, Colorado at the U.S. District Court.

Defendants are required to **appear in person**.

Dated June 6, 2012.

                              BY THE COURT:

                              s/ Gudrun J. Rice

                              _____
                              Gudrun J. Rice
                              U.S. Magistrate Judge

**Certificate of Mailing**

I hereby certify that on June 06, 2012, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Michelle Heldmyer
Assistant United States Attorney
205 N. 4th Street, Suite 400
Grand Junction, CO 81501

*Hand Delivered*

Terrill Parker
P.O. Box 452
Paradox, CO 81429

Timothy Walsh
P.O. Box 24
Bedrock, CO 81411


*By U.S. Mail*

By:_____

**Assistant to Magistrate Judge**